SCOTT N. SCHOOLS (SCSBN 9990)
United States Attorney

W. DOUGLAS SPRAGUE (CSBN 202121)
Chief, Criminal Division

JEFFREY B. SCHENK (CSBN 234355)
Assistant United States Attorney

   150 Almaden Blvd., Suite 900
   San Jose, California 95113
   Telephone: (408) 535-2695
   Facsimile: (408) 535-5066
   E-mail: jeffrey.b.schenk@usdoj.gov

Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 07-MJ-70395 |
|        Plaintiff, ) | |
|     v. ) | SUBSTITUTION OF ATTORNEY |
| JESUS BARAJAS-CALDERON, ) | |
|        Defendant. ) | |

   Please take notice that as of, July 13, 2007, the Assistant U.S. Attorney whose name, address, telephone number and email address are listed below was assigned to be counsel for the government.

          Jeffrey B. Schenk, Assistant United States Attorney
          150 Almaden Blvd., Suite 900
          San Jose, CA   95113
          Telephone: (408) 535-2695

DATED: July 13, 2007

          Respectfully submitted,

          SCOTT N. SCHOOLS
          United States Attorney

          _____/s/_____
          Assistant United States Attorney