AO 455 (Rev. 5/85) Waiver of Indictment

# United States District Court

NORTHERN _____ DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA
V.
JESUS BARAJAS-CALDERON

**WAIVER OF INDICTMENT**

CASE NUMBER: CR 07-00484 RMW

I, JESUS BARAJAS-CALDERON, the above named defendant, who is accused of

ILLEGAL RE-ENTRY, IN VIOLATION OF TITLE 8 U.S.C. section 1326

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on July 26, 2007 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

**FILED**

JUL 26 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

_Jesus C Barajas_
Defendant

_____
Counsel for Defendant

Before _____
Judicial Officer