# CRIMINAL MINUTE ORDER

**JUDGE:** Ronald M. Whyte          **REPORTER:** Lee-Anne Shortridge

**DATE:** August 27, 2007           **TIME:** 9:00 am

**CRIMINAL NO.:** CR-07-00484 RMW

**TITLE:** UNITED STATES OF AMERICA   -V- JESUS BARAJAS-CALDERON

    **APPEARANCES:**          Present, in custody
    **INTERPRETER:**
    PROBATION:

**PLTF:** AUSA: JEFF SCHENK     **DEFT:** NICK HUMY

**COURT ACTION:** DISPOSITION , JUDGMENT AND SENTENCING.

**Hearing Held. Plea Agreement executed in open court. Defendant Plead guilty to Count 1. Defendant sentenced to 21 months to B.O.P.; 3 years Supervised Release and $100.00 Special Assessment.**

          /s/ Corinne Lew
          **Corinne Lew**
          **Courtroom Deputy**