

FILED

SEP 0 4 2007

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

Jesus Barajas-Calderon

    Defendant(s).

No. CR- 07-00484 RMW

**SEALING ORDER**

The following documents in this action are placed under seal and shall not be opened except by the United States Sentencing Commission for its eyes only and shall not be transmitted or otherwise opened except by order of this court upon application:

☒   Presentence Report

☐   Plea Agreement

☒   SUR
    (Other)

IT IS SO ORDERED.

Dated: 9/4/07

Ronald M. Whyte
United States District Judge